fayette National Bank, 2 Cir., 148 F.2d 145; North American Car Corporation v. Peerless Weighing & Vending Mach. Corp., 2 Cir., 143 F.2d 938; In re Flatbush Ave.-Nevins St., Corp., 2 Cir., 133 F.2d 760; In re Ambassador Hotel Corp., 2 Cir., 124 F. 2d 435; In re Elless Co., 6 Cir., 174 F.2d 925.

Irving H. Saypol, U. S. Atty., New York City (William J. Sexton, Asst. United States Atty., New York City, of counsel), for respondent-appellee.

PER CURIAM.

Order affirmed in open court.

## UNITED STATES of America ex rel. Francesco MASTRAPASQUA, Relator-Appellant, v. Edward J. SHAUGHNESSY, District Director of Immigration and Naturalization, Respondent-Appellee.

No. 192, Docket 21951.

United States Court of Appeals
Second Circuit.

Feb. 15, 1951.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

Charles Graff, New York City, for relator-appellant.

## UNITED STATES of America, Appellant, v. Ralph McNAIL.

No. 14238.

United States Court of Appeals
Eighth Circuit.

Jan. 23, 1951.

Ed Dupree, General Counsel, Leon J. Libeu, Asst. General Counsel, and William A. Moran, Special Litigation Atty. Office of Housing Expediter, all of Washington, D. C., for appellant.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution.